UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
IN RE:	Chapter 7
	Case No. 14-46442 (CEC)
MICHAEL MAVASHEV and	(Substantively Consolidated)
MMD TRADE CORP.,

                                    Debtors.
-------------------------------------------------------X
MATTHEW C HARRISON, JR.,
Chapter 7 Trustee,

                                    Plaintiff,

-       against       -	Adv. Proc. No. 18-01028 (CEC)

GOLD 7 OF MIAMI and
YANIV BEN HAMO,
                                    Defendants.
-------------------------------------------------------X

## AMENDED STIPULATION AND ORDER REGARDING DISCOVERY

**WHEREAS** the attorneys for the Plaintiff and Defendants stipulated that in light of the Order of the Court dated March 20, 2019 providing for Defendants to deliver documents within 30 days, the discovery deadline shall be extended to and until May 20, 2019.

***IT IS STIPULATED AN AGREED*** that:

1. The discovery deadline shall be extended to May 20, 2019.

| Dated:   March 20, 2019 | Dated:   March 20, 2019 |
|---|---|
| */s/ Leo Fox*<br>Leo Fox, Esq.<br>*Attorney for Matthew C. Harrison, Jr., Chapter 7 Trustee*<br>630 Third Avenue - 18th Floor<br>New York, New York 10017 | */s/ John V. Golaszewski*<br>John V. Golaszewski, Esq.<br>*Attorney for Defendants*<br>675 Third Avenue – Suite 2400<br>New York, New York 10017 |

*SO ORDERED:*



**Dated: Brooklyn, New York**
**April 4, 2019**

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
**Carla E. Craig**
**United States Bankruptcy Judge**